```
                                                    FILED
                                              07 JUN 28 PM 1:56
 1
 2                                            RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5
 6
 7
 8               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 9
10   Lavell Rondell Johnson        C  07
11            Plaintiff,           CASE NO. _____ 2733
                                                   SBA  (PR)
12        vs.                      PRISONER'S
     United States of America      APPLICATION TO PROCEED
13   John Simpson (Parole Commissioner)  IN FORMA PAUPERIS
     United States Department of Justice
14   John McGinness (Sheriff)
          Defendant.
15   Sacramento County Jail
```

I, Lavell R. Johnson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A     Net: N/A

Employer: N/A

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Touch of Class Cement
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or          Yes ___ No ✓
10        self employment
11   b.   Income from stocks, bonds,       Yes ___ No ✓
12        or royalties?
13   c.   Rent payments?                   Yes ___ No ✓
14   d.   Pensions, annuities, or          Yes ___ No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___ No ✓
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  N/A
22  _____

23  3.   Are you married?                  Yes ✓ No ___
24  Spouse's Full Name: Lowanda Johnson
25  Spouse's Place of Employment: Alameda County Transit
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ unknown       Net $ unknown
28  4.   a.   List amount you contribute to your spouse's support: $ None

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

My Daughter, When I can, as she Need.

5. Do you own or are you buying a home?   Yes ___ No ✓
Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A

6. Do you own an automobile?   Yes ___ No ✓
Make N/A   Year N/A   Model N/A
Is it financed? Yes N/A   No N/A   If so, Total due: $ N/A
Monthly Payment: $ N/A

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A
Do you own any cash? Yes ___ No ✓ Amount: $ N/A
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ N/A     Utilities: N/A
Food: $ N/A     Clothing: N/A
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

No

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

The United States District Court Central District of California 04-03103 RSWL (RC)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/3/07                           Lavell Rondell Johnson
DATE                             SIGNATURE OF APPLICANT

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ [prisoner name] for the last six months _____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____

_____
[Authorized officer of the institution]

Inmate Balance Report - Simplified

Print Date: 6/21/2007 01:27:07 pm
User Name: THOMASL

# SACRAMENTO COUNTY JAIL

\* Please Note - Do not use this report if your site allows an inmate to maintain a balance and owe
The balance displayed below is a combined value of the actual balance and money owed

| | |
|---|---|
| Name | JOHNSON, LAVELL (FED) |
| Number | 4272439 |
| DOB | 12/31/1959 |
| FACILITY | NMJ |
| BUILDING | 4E3 |
| W/P/C/B | 29A |

| | |
|---|---|
| Balance | $0.52 |
| Frozen | $0.00 |
| | $0.52 |

## TRANSACTIONS

| Date | Transaction | Amount | Balance | Note |
|---|---|---|---|---|
| 9/22/2006 | CASH DEPOSIT | $60.00 | $60.00 | CASH |
| 10/11/2006 | ORDER DEBIT | -$39.61 | $20.39 | |
| 10/11/2006 | ORDER CREDIT | $3.52 | $23.91 | |
| 10/16/2006 | RETURN CREDIT | $1.59 | $25.50 | 3759996 |
| 10/18/2006 | ORDER DEBIT | -$4.68 | $20.82 | |
| 10/25/2006 | ORDER DEBIT | -$12.84 | $7.98 | |
| 11/1/2006 | ORDER DEBIT | -$6.86 | $1.12 | |
| 11/3/2006 | CASH DEPOSIT | $40.00 | $41.12 | LARAONDA |
| 11/6/2006 | CASH DEPOSIT | $30.00 | $71.12 | Unreadable |
| 11/8/2006 | ORDER DEBIT | -$19.32 | $51.80 | |
| 11/15/2006 | ORDER DEBIT | -$21.41 | $30.39 | |
| 11/15/2006 | ORDER CREDIT | $1.02 | $31.41 | |
| 11/21/2006 | CASH DEPOSIT | $25.00 | $56.41 | GWEN JACKSON |
| 11/29/2006 | ORDER DEBIT | -$26.30 | $30.11 | |
| 12/6/2006 | ORDER DEBIT | -$10.35 | $19.76 | |
| 12/13/2006 | ORDER DEBIT | -$12.88 | $6.88 | |
| 12/20/2006 | ORDER DEBIT | -$3.90 | $2.98 | |
| 12/27/2006 | ORDER DEBIT | -$2.80 | $0.18 | |
| 1/9/2007 | CASH DEPOSIT | $35.00 | $35.18 | PRISCILLA MIZERAK |
| 1/10/2007 | ORDER DEBIT | -$20.65 | $14.53 | |
| 1/15/2007 | CASH DEPOSIT | $25.00 | $39.53 | G JACKSON |
| 1/17/2007 | ORDER DEBIT | -$26.87 | $12.66 | |
| 1/17/2007 | ORDER CREDIT | $1.35 | $14.01 | |
| 1/24/2007 | ORDER DEBIT | -$8.62 | $5.39 | |
| 1/31/2007 | ORDER DEBIT | -$5.31 | $0.08 | |
| 2/11/2007 | CASH DEPOSIT | $40.00 | $40.08 | |
| 2/14/2007 | ORDER DEBIT | -$32.81 | $7.27 | |
| 2/21/2007 | ORDER DEBIT | -$2.05 | $5.22 | |
| 2/22/2007 | RETURN CREDIT | $32.81 | $38.03 | 3982344 |
| 2/27/2007 | MO/CHK DEP | $75.00 | $113.03 | TRACEY WALKER/MO 10491718410 |
| 2/28/2007 | ORDER DEBIT | -$28.57 | $84.46 | |
| 3/5/2007 | CASH DEPOSIT | $30.00 | $114.46 | G JACKSON |
| 3/7/2007 | ORDER DEBIT | -$12.36 | $102.10 | |
| 3/12/2007 | CASH DEPOSIT | $25.00 | $127.10 | GWEN JACKSON |
| 3/14/2007 | ORDER DEBIT | -$41.89 | $85.21 | |
| 3/14/2007 | ORDER CREDIT | $1.62 | $86.83 | |
| 3/20/2007 | ORDER DEBIT | -$17.48 | $69.35 | |
| 3/20/2007 | ORDER CREDIT | $1.29 | $70.64 | |

Inmate Balance Report - Simplified

# SACRAMENTO COUNTY JAIL

Print Date: 6/21/2007 01:27:07 pm
User Name: THOMASL

\* Please Note - Do not use this report if your site allows an inmate to maintain a balance and owe
The balance displayed below is a combined value of the actual balance and money owed

| Date | Transaction | Amount | Balance | Note |
|---|---|---|---|---|
| 3/27/2007 | RETURN CREDIT | $2.05 | $72.69 | 3894215 |
| 3/28/2007 | ORDER DEBIT | -$10.58 | $62.11 | |
| 4/4/2007 | ORDER DEBIT | -$28.73 | $33.38 | |
| 4/5/2007 | ORDER CREDIT | $2.05 | $35.43 | |
| 4/10/2007 | ORDER DEBIT | -$7.20 | $28.23 | |
| 4/10/2007 | ORDER CREDIT | $2.05 | $30.28 | |
| 4/18/2007 | ORDER DEBIT | -$20.89 | $9.39 | |
| 4/24/2007 | ORDER DEBIT | -$7.71 | $1.68 | |
| 4/30/2007 | RETURN CREDIT | $1.89 | $3.57 | 4211000 |
| 5/2/2007 | ORDER DEBIT | -$1.89 | $1.68 | |
| 5/7/2007 | RETURN CREDIT | $1.89 | $3.57 | 4236310 |
| 5/8/2007 | ORDER DEBIT | -$3.54 | $0.03 | |
| 5/8/2007 | CASH DEPOSIT | $40.00 | $40.03 | |
| 5/16/2007 | ORDER DEBIT | -$34.79 | $5.24 | |
| 5/23/2007 | ORDER DEBIT | -$4.62 | $0.62 | |
| 5/23/2007 | ORDER CREDIT | $0.08 | $0.70 | |
| 5/28/2007 | CASH DEPOSIT | $25.00 | $25.70 | G.JACKSON |
| 5/29/2007 | ORDER DEBIT | -$25.26 | $0.44 | |
| 5/31/2007 | MEDICAL CHARGE | -$0.44 | $0.00 | MEDICAL CHARGE 05/29/07 |
| 6/5/2007 | MEDICAL CHARGE VOID | $0.44 | $0.44 | Void Tran 4333506. FEDERAL INMATE |
| 6/5/2007 | CASH DEPOSIT | $20.00 | $20.44 | |
| 6/13/2007 | ORDER DEBIT | -$19.92 | $0.52 | |

# SACRAMENTO COUNTY JAIL
## Individual Inmate Balance History Report - Detailed

| | | | Print Date: 6/5/2007 12:08:48 pm |
|---|---|---|---|
| Name | JOHNSON, LAVELL (FED) | | User Name: THOMASL |
| Number | 4272439 | | |
| DOB | 12/31/1959 | | |
| FACILITY | NMJ | | |
| BUILDING | 4E3 | | |
| W/P/C/B | 29A | | |

| Available Balance | $0.44 |
|---|---|
| Pending | $0.00 |
| Frozen | $0.00 |
| Owed | $0.00 |

## TRANSACTIONS

| Date | Transaction (Available Date) | Amount | Pending | Money Added | Money Removed | Balance | Money Owed | Owed Credit | Owes | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2006 | CASH DEPOSIT | $60.00 | $0.00 | $60.00 | $0.00 | $60.00 | $0.00 | $0.00 | $0.00 | CASH |
| 10/11/2006 | ORDER DEBIT | $39.61 | $0.00 | $0.00 | $39.61 | $20.39 | $0.00 | $0.00 | $0.00 | |
| 10/11/2006 | ORDER CREDIT | $3.52 | $0.00 | $3.52 | $0.00 | $23.91 | $0.00 | $0.00 | $0.00 | |
| 10/16/2006 | RETURN CREDIT | $1.59 | $0.00 | $1.59 | $0.00 | $25.50 | $0.00 | $0.00 | $0.00 | |
| 10/18/2006 | ORDER DEBIT | $4.68 | $0.00 | $0.00 | $4.68 | $20.82 | $0.00 | $0.00 | $0.00 | |
| 10/25/2006 | ORDER DEBIT | $12.84 | $0.00 | $0.00 | $12.84 | $7.98 | $0.00 | $0.00 | $0.00 | 3759996 |
| 11/1/2006 | ORDER DEBIT | $6.86 | $0.00 | $0.00 | $6.86 | $1.12 | $0.00 | $0.00 | $0.00 | |
| 11/3/2006 | CASH DEPOSIT | $40.00 | $0.00 | $40.00 | $0.00 | $41.12 | $0.00 | $0.00 | $0.00 | LARAONDA |
| 11/6/2006 | ORDER DEBIT | $30.00 | $0.00 | $30.00 | $0.00 | $71.12 | $0.00 | $0.00 | $0.00 | Unreadable |
| 11/8/2006 | ORDER DEBIT | $19.32 | $0.00 | $0.00 | $19.32 | $51.80 | $0.00 | $0.00 | $0.00 | |
| 11/15/2006 | ORDER DEBIT | $21.41 | $0.00 | $0.00 | $21.41 | $30.39 | $0.00 | $0.00 | $0.00 | |
| 11/15/2006 | ORDER CREDIT | $1.02 | $0.00 | $1.02 | $0.00 | $31.41 | $0.00 | $0.00 | $0.00 | |
| 11/21/2006 | CASH DEPOSIT | $25.00 | $0.00 | $25.00 | $0.00 | $56.41 | $0.00 | $0.00 | $0.00 | |
| 11/29/2006 | ORDER DEBIT | $26.30 | $0.00 | $0.00 | $26.30 | $30.11 | $0.00 | $0.00 | $0.00 | GWEN JACKSON |
| 12/6/2006 | ORDER DEBIT | $10.35 | $0.00 | $0.00 | $10.35 | $19.76 | $0.00 | $0.00 | $0.00 | |
| 12/13/2006 | ORDER DEBIT | $12.88 | $0.00 | $0.00 | $12.88 | $6.88 | $0.00 | $0.00 | $0.00 | |
| 12/20/2006 | ORDER DEBIT | $3.90 | $0.00 | $0.00 | $3.90 | $2.98 | $0.00 | $0.00 | $0.00 | |
| 12/27/2006 | ORDER DEBIT | $2.80 | $0.00 | $0.00 | $2.80 | $0.18 | $0.00 | $0.00 | $0.00 | |
| 1/9/2007 | CASH DEPOSIT | $35.00 | $0.00 | $35.00 | $0.00 | $35.18 | $0.00 | $0.00 | $0.00 | PRISCILLA MIZERAK |
| 1/10/2007 | ORDER DEBIT | $20.65 | $0.00 | $0.00 | $20.65 | $14.53 | $0.00 | $0.00 | $0.00 | |

1

# SACRAMENTO COUNTY JAIL
## Individual Inmate Balance History Report - Detailed

Print Date: 6/5/2007 12:08:48 pm
User Name: THOMASL

| Date | Type | Amount | | | | Note |
|---|---|---|---|---|---|---|
| 1/15/2007 | CASH DEPOSIT | $25.00 | $0.00 | $0.00 | $25.00 | $0.00 | $39.53 | $0.00 | G.JACKSON |
| 1/17/2007 | ORDER DEBIT | $26.87 | $0.00 | $0.00 | $26.87 | $0.00 | $12.66 | $0.00 | |
| 1/17/2007 | ORDER CREDIT | $1.35 | $0.00 | $1.35 | $0.00 | $0.00 | $14.01 | $0.00 | |
| 1/24/2007 | ORDER DEBIT | $8.62 | $0.00 | $0.00 | $8.62 | $0.00 | $5.39 | $0.00 | |
| 1/31/2007 | ORDER DEBIT | $5.31 | $0.00 | $0.00 | $5.31 | $0.00 | $0.08 | $0.00 | |
| 2/11/2007 | CASH DEPOSIT | $40.00 | $0.00 | $40.00 | $0.00 | $0.00 | $40.08 | $0.00 | |
| 2/14/2007 | ORDER DEBIT | $32.81 | $0.00 | $0.00 | $32.81 | $0.00 | $7.27 | $0.00 | |
| 2/21/2007 | ORDER DEBIT | $2.05 | $0.00 | $0.00 | $2.05 | $0.00 | $5.22 | $0.00 | |
| 2/22/2007 | RETURN CREDIT | $32.81 | $0.00 | $32.81 | $0.00 | $0.00 | $38.03 | $0.00 | |
| 2/27/2007 | MO/CHK DEP | $75.00 | $0.00 | $75.00 | $0.00 | $0.00 | $113.03 | $0.00 | 3982344 |
| 2/28/2007 | ORDER DEBIT | $28.57 | $0.00 | $0.00 | $28.57 | $0.00 | $84.46 | $0.00 | TRACEY WALKERMO 10491718410 |
| 3/5/2007 | CASH DEPOSIT | $30.00 | $0.00 | $30.00 | $0.00 | $0.00 | $114.46 | $0.00 | |
| 3/7/2007 | ORDER DEBIT | $12.36 | $0.00 | $0.00 | $12.36 | $0.00 | $102.10 | $0.00 | |
| 3/12/2007 | CASH DEPOSIT | $25.00 | $0.00 | $25.00 | $0.00 | $0.00 | $127.10 | $0.00 | G JACKSON |
| 3/14/2007 | ORDER DEBIT | $41.89 | $0.00 | $0.00 | $41.89 | $0.00 | $85.21 | $0.00 | |
| 3/14/2007 | ORDER DEBIT | $1.62 | $0.00 | $0.00 | $1.62 | $0.00 | $86.83 | $0.00 | GWEN JACKSON |
| 3/20/2007 | ORDER CREDIT | $17.48 | $0.00 | $17.48 | $0.00 | $0.00 | $69.35 | $0.00 | |
| 3/20/2007 | ORDER DEBIT | $1.29 | $0.00 | $0.00 | $1.29 | $0.00 | $70.64 | $0.00 | |
| 3/27/2007 | RETURN CREDIT | $2.05 | $0.00 | $2.05 | $0.00 | $0.00 | $72.69 | $0.00 | 3894215 |
| 3/28/2007 | ORDER DEBIT | $10.58 | $0.00 | $0.00 | $10.58 | $0.00 | $62.11 | $0.00 | |
| 4/4/2007 | ORDER DEBIT | $28.73 | $0.00 | $0.00 | $28.73 | $0.00 | $33.38 | $0.00 | |
| 4/5/2007 | ORDER CREDIT | $2.05 | $0.00 | $2.05 | $0.00 | $0.00 | $35.43 | $0.00 | |
| 4/10/2007 | ORDER DEBIT | $7.20 | $0.00 | $0.00 | $7.20 | $0.00 | $28.23 | $0.00 | |
| 4/10/2007 | ORDER CREDIT | $2.05 | $0.00 | $2.05 | $0.00 | $0.00 | $30.28 | $0.00 | 42356310 |
| 4/18/2007 | ORDER DEBIT | $20.89 | $0.00 | $0.00 | $20.89 | $0.00 | $9.39 | $0.00 | |
| 4/24/2007 | ORDER DEBIT | $7.71 | $0.00 | $0.00 | $7.71 | $0.00 | $1.68 | $0.00 | |
| 4/30/2007 | RETURN CREDIT | $1.89 | $0.00 | $1.89 | $0.00 | $0.00 | $3.57 | $0.00 | 4211000 |
| 5/2/2007 | ORDER DEBIT | $1.89 | $0.00 | $0.00 | $1.89 | $0.00 | $1.68 | $0.00 | |
| 5/7/2007 | RETURN CREDIT | $1.89 | $0.00 | $1.89 | $0.00 | $0.00 | $3.57 | $0.00 | |
| 5/8/2007 | ORDER DEBIT | $3.54 | $0.00 | $0.00 | $3.54 | $0.00 | $0.03 | $0.00 | |
| 5/8/2007 | CASH DEPOSIT | $40.00 | $0.00 | $40.00 | $0.00 | $0.00 | $40.03 | $0.00 | |
| 5/16/2007 | ORDER DEBIT | $34.79 | $0.00 | $0.00 | $34.79 | $0.00 | $5.24 | $0.00 | |
| 5/23/2007 | ORDER DEBIT | $4.62 | $0.00 | $0.00 | $4.62 | $0.00 | $0.62 | $0.00 | |
| 5/23/2007 | ORDER CREDIT | $0.08 | $0.00 | $0.08 | $0.00 | $0.00 | $0.70 | $0.00 | |
| 5/28/2007 | CASH DEPOSIT | $25.00 | $0.00 | $25.00 | $0.00 | $0.00 | $25.70 | $0.00 | G.JACKSON |
| 5/29/2007 | ORDER DEBIT | $25.26 | $0.00 | $0.00 | $25.26 | $0.00 | $0.44 | $0.00 | |
| 5/31/2007 | MEDICAL CHARGE | $0.44 | $0.00 | $0.00 | $0.44 | $0.00 | $0.00 | $0.00 | MEDICAL CHARGE 05/29/07 |

2

# SACRAMENTO COUNTY JAIL
## Individual Inmate Balance History Report - Detailed

6/5/2007  
MEDICAL CHARGE VOID

Print Date: 6/5/2007 12:08:48 pm  
User Name: THOMASL

```
            10.35+
            12.88+
             3.90+                    35.00+
             2.80+                    25.00+
            20.65+                    40.00+
            26.87+                    75.00+
             1.35-                    30.00+
             8.62+                    25.00+
             5.31+                    40.00+
            32.81+                    25.00+
             2.05+       008
            32.81-                   295.00*+
            28.57+
            12.36+
            41.89+
             1.62-
            17.48+
             1.29-
             2.05-
            10.58+
            28.73+
             2.05-
             7.20+
             2.05-
            20.89+                    30.11+
             7.71+                   295.00+
             1.89-                   324.67-
             1.89+       001
             1.89-                     0.44*+
             3.54+
            34.79+
             4.62+
             0.08-
            25.26+
  014
           324.67*+
```

Totals: $503.65 / $0.44 / $503.21 / $0.00 / $0.44 / $0.00 / $0.00 / $0.00

Void Tran 4333506, FEDERAL INMATE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
MAY 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number **C 07 2733 SBA (PR)**

Your petition is deficient because:

1. \_\_\_\_ You did not pay the appropriate filing fee of $5.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety.

2. _✓_ The <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   \_\_\_\_ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   \_\_\_\_ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   \_\_\_\_ You did not sign your <u>In Forma Pauperis</u> Application.

   _✓_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   \_\_\_\_ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be dismissed and the file closed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 4/01

*Johnson*